BROWN, TERMED, TRANSFER



07cv3792

JFK

#2

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-01864
### Internal Use Only

Walla v. Merck & Co., Inc. et al  
Assigned to: Honorable Ruben Castillo  
Case in other court: Circuit Court of Cook County, 2007 L 3232  
Cause: 28:1332 Diversity-Personal Injury  

Date Filed: 04/04/2007  
Date Terminated: 04/12/2007  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

**Plaintiff**

**Dianne Walla**     represented by   **G. Grant Dixon, III**  
Dixon Law Office  
1415 West 55th Street  
Suite 203  
La Grange, IL 60525  
(708) 354-9880  
Fax: (708) 354-9885  
Email: ggd@dixonlawoffice.com  
*ATTORNEY TO BE NOTICED*

U.S. DISTRICT COURT FILED MAY 30 2007 S.D. OF N.Y.

V.

**Defendant**

**Merck & Co., Inc.**     represented by   **Stephen G Strauss**  
*a New Jersey corporation*  
Bryan Cave, LLP  
211 North Broadway  
Suite 3600  
St. Louis, MO 63102  
(314) 259-2700  
Email: sgstrauss@bryancave.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Dmitry Shifrin**  
Bryan Cave LLP  
161 North Clark Street  
Suite 4300  
Chicago, IL 60601  
312-602-5060  
Fax: 312-698-7460  
Email: ddshifrin@bryancave.com  
*ATTORNEY TO BE NOTICED*

A TRUE COPY - ATTEST  
MICHAEL W. DOBBINS, CLERK  
BY _____  
DEPUTY CLERK  
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS  
DATE: 05-24-2007

**Defendant**

**Walgreen Company**
*an Illinois corporation*

represented by **Joshua Sloane Singewald**
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
(312) 372-0770
Email: singewaldj@jbltd.com
*ATTORNEY TO BE NOTICED*

**Thomas J. Andrews**
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
(312) 372-0770
Email: andrewst@jbltd.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**K Mart Corporation of Illinois**
*an Illinois corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2007 | 1 | NOTICE of Removal from Circuit Court of Cook County, with complaint, case number (2007 L 3232) filed by Merck & Co., Inc. (cdy, ) (Entered: 04/06/2007) |
| 04/04/2007 | 2 | CIVIL Cover Sheet (cdy, ) (Entered: 04/06/2007) |
| 04/04/2007 | 3 | ATTORNEY Appearance for Defendant Merck & Co., Inc. by Stephen G Strauss (cdy, ) (Entered: 04/06/2007) |
| 04/04/2007 | 4 | ATTORNEY Appearance for Defendant Merck & Co., Inc. by Dmitry Shifrin (cdy, ) (Entered: 04/06/2007) |
| 04/04/2007 | 5 | (Court only) RECEIPT regarding payment of filing fee paid on 4/4/2007 in the amount of $350.00, receipt number 1099673 (cdy, ) (Entered: 04/06/2007) |
| 04/06/2007 |  | MAILED Rule 77(d) letter to plaintiff's counsel (cdy, ) (Entered: 04/06/2007) |
| 04/09/2007 | 6 | DOCUMENT incorrectly linked.(Shifrin, Dmitry). Modified on 4/10/2007 (cdy, ). (Entered: 04/09/2007) |
| 04/09/2007 | 7 | DOCUMENT incorrectly linked (Shifrin, Dmitry) Modified on 4/10/2007 (cdy, ). (Entered: 04/09/2007) |
| 04/09/2007 | 8 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Merck & |

| | | |
|---|---|---|
| | | Co., Inc. (Shifrin, Dmitry) (Entered: 04/09/2007) |
| 04/09/2007 | 9 | MOTION by Defendant Merck & Co., Inc. to stay *pending transfer to MDL* (Shifrin, Dmitry) (Entered: 04/09/2007) |
| 04/09/2007 | 10 | NOTICE of Motion by Dmitry Shifrin for presentment of motion to stay 9 before Honorable Ruben Castillo on 4/18/2007 at 09:45 AM. (Shifrin, Dmitry) (Entered: 04/09/2007) |
| 04/09/2007 | 11 | NOTICE by Merck & Co., Inc. re answer to complaint 6, notice of filing 7 *with Answer and Affirmative Defenses attached* (Attachments: # 1 Appendix)(Shifrin, Dmitry) (Entered: 04/09/2007) |
| 04/10/2007 | 12 | NOTICE of Correction regarding no 6 and 7 (incorrectly linked). Document re-filed as no. 11 on the docket. (cdy, ) (Entered: 04/10/2007) |
| 04/11/2007 | 13 | MINUTE entry before Judge Ruben Castillo :Defendant Merck & Co., Inc.'s motion to stay all proceedings 9 is entered and continued to 4/19/2007 at 9:45 AM. Motion hearing set for 4/18/2007 is vacated.Mailed notice (rao, ) Modified on 4/13/2007 (dl). (Entered: 04/11/2007) |
| 04/12/2007 | 14 | MINUTE entry before Judge Ruben Castillo :Defendant Merck & Co., Inc.'s motion to stay all proceedings before this Court 9 is granted. Motion hearing set for 4/19/2007 is vacated. After a careful review of the pleadings in this recently removed lawsuit, this Court hereby dismisses said state court complaint without prejudice to the pending transfer to MDL No. 1789 and the filing of an appropriate amended federal complaint or motion to remand before the transferee judge. Mailed notice (rao, ) . Modified on 4/13/2007 (dl). (Entered: 04/12/2007) |
| 04/20/2007 | 15 | ATTORNEY Appearance for Defendant Walgreen Company by Thomas J. Andrews (Andrews, Thomas) (Entered: 04/20/2007) |
| 04/20/2007 | 16 | Disclosure STATEMENT by Walgreen Company (Andrews, Thomas) (Entered: 04/20/2007) |
| 04/20/2007 | 17 | ATTORNEY Appearance for Defendant Walgreen Company by Joshua Sloane Singewald (Singewald, Joshua) (Entered: 04/20/2007) |
| 04/30/2007 | 18 | MOTION by Plaintiff Dianne Walla to remand (cdy, ) (Entered: 05/01/2007) |
| 04/30/2007 | 19 | NOTICE of Motion by George Grant Dixon, III for presentment of motion to remand 18 before Honorable Ruben Castillo on 5/15/2007 at 09:45 a.m. (cdy, ) (Entered: 05/01/2007) |
| 04/30/2007 | 20 | NOTICE of filing by Dianne Walla regarding motion to remand 18 (cdy, ) (Entered: 05/01/2007) |
| 05/15/2007 | 21 | MINUTE entry before Judge Ruben Castillo :Motion hearing held on 5/15/2007. Plaintiff's motion for remand 18 is denied without prejudice to its renewal before the transferee judge. Mailed notice (rao, ) (Entered: 05/15/2007) |

| 05/21/2007 | 22 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO-20) from MDL Panel Dated 05/07/2007 transferring case to the Southern District of New York and assigned to Judge Keenan, case number 07 C 3792 (hp, ) (Entered: 05/23/2007) |
| --- | --- | --- |
| 05/23/2007 | 23 | TRANSFERRED to the USDC Southern District of New York, New York the original electronic case file, certified copy of MDL transfer order, and docket sheet via certified mail number 7006 0100 0001 7313 0292 (hp, ) Modified on 5/23/2007 (hp, ). (Entered: 05/23/2007) |