UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------
IN RE: Fosamax Products Liability
Litigation                                             No. 1:06-md-01789-JFK
------------------------------------------/
*This document relates to:*

Diane Walla v. Merck & Co., Inc.
Case No. 07-cv-1864
------------------------------------------/

### NOTICE OF APPEARANCE

The undersigned counsel hereby files this Notice of Appearance as counsel of record on behalf of the Plaintiff, Diane Walla, in the above-styled case.

This 17 day of July, 2007.

_____
MEGHAN M. TANS, ESQ.
TIMOTHY M. O'BRIEN, ESQ.
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
(850) 435-7084; FAX (850) 435-7020

Counsel for the Plaintiffs Steering Committee

## CERTIFICATE OF SERVICE

On this 17 day of July, 2007, I certify that I emailed and sent by first class U.S. Mail a copy of the foregoing by first class U.S. Mail to the following:

VENABLE LLP
Paul F. Strain, Esq.
M. King Hill, III, Esq.
David J. Heubeck, Esq.
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201

HUGHES HUBBARD & REED LLP
Norman C. Kleinberg
Theodore V.H. Mayer
William J. Beausoleil
One Battery Park Plaza
New York, NY

MEGHAN M. TANS, ESQ.
TIMOTHY M. O'BRIEN, ESQ.
LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
(850) 435-7084; FAX (850) 435-7020

Counsel for the Plaintiffs Steering Committee