CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2008, I caused a copy of the foregoing OPPOSITION TO PLAINTIFF'S MOTION TO REMAND OF DEFENDANT MERCK & CO., INC. to be served via first-class mail, postage prepaid, on the following:

THE LEVENSTEN LAW FIRM, P.C.
Michael S. Katz
1325 Spruce Street
Philadelphia, PA 19107

FULBRIGHT & JAWORSKI L.L.P.
James Hamilton Neale
666 Fifth Avenue - 30th Floor
New York, NY 10103

FULBRIGHT AND JAWORSKI L.L.P.
Lana K. Varney
600 Congress Avenue Suite 2400
Austin, TX 78701

LEVIN, PAPANTONIO, et al.
Meghan M. Tans
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502

The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on April 21, 2008

                                                        /s/
                                          Julie A. Calidonio