UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FOSAMAX PRODUCTS ) <br> LIABILITY LITIGATION ) <br> _____ ) <br> *This Document Relates to:* ) <br> Dianne Walla v. Merck & Co., Inc., *et al.*, ) <br> Case No. 1:07-cv-03792-JFK ) <br> _____ ) | MDL NO. 1789 <br> 1:06-md-1789 (JFK) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2008, I caused copies of the foregoing Opposition to Plaintiff's Motion To Remand Of Defendant Merck & Co., Inc. to be served via first-class mail, postage prepaid, on the following:

Dixon Law Office
G. Grant Dixon, III
1415 West 55th Street
Suite 203
La Grange, IL 60525

Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
Timothy Michael O'Brien
Meghan M. Tans
316 S. Baylen Street
P.O. Box 12308
Suite 600
Pensacola, FL 32502

Johnson & Bell, Ltd.
Joshua Sloane Singewald
Thomas J. Andrews
33 West Monroe Street
Suite 2700
Chicago, IL 60603

The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on April 21, 2008

                                                                           /s/
                                                          Julie A. Calidonio