```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-08

-------------------------------------x
IN RE: FOSAMAX PRODUCTS LIABILITY    :
LITIGATION
                                     :    MDL No. 1789
                                          1:06-md-1789 (JFK)
_____x
*This Document Relates to:*           :    **ORDER**
All actions                           :
-------------------------------------x

JOHN F. KEENAN, United States District Judge:

Oral argument on Plaintiffs' motion to compel production of documents will take place at 10:00 a.m. on June 2, 2008 in Courtroom 20-C.

SO ORDERED.

Dated:   New York, New York
         May 21, 2008

                           /s/ John F. Keenan
                           _____
                           JOHN F. KEENAN
                           United States District Judge